UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br><br>    Plaintiff,<br><br>vs.<br><br>CUSCATLECA, INC. d/b/a CUSCATLECA BAKERY; SUNSET BLVD PROPERTY INVESTMENTS LLC, and DOES 1 to 10 inclusive,<br><br>    Defendants.<br><br>SUNSET BLVD PROPERTY INVESTMENTS LLC,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>CALVIN KWON, an individual, and ROES 1 to 10 inclusive,<br><br>    Counterclaim-Defendants. | **Case No.: 2:19-cv-01635 RGK (MAAx)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed:  March 06, 2019<br>Trial Date:         None |

JS-6

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action, including Plaintiff's Complaint and Defendant Sunset Blvd Property Investments LLC's Counterclaims, be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: May 31, 2019

_____
United States District Court Judge